# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0728. RONALD MARK CLARK v. THE STATE.**

In September 2018, Ronald Mark Clark pleaded guilty to burglary and other crimes. Four years later, he filed a pro se notice of appeal, seeking an out-of-time appeal from his conviction. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Because Clark filed his notice of appeal four years after entry of his conviction, it is untimely. Moreover, in *Cook v. State*, 313 Ga. 471 (870 SE2d 758) (2022), the Supreme Court of Georgia eliminated the judicially created out-of-time appeal procedure for "all cases that are currently on direct review or otherwise not yet final[,]" holding that "there was and is no legal

authority for motions for out-of-time appeal in trial courts." Id. at 506 (5). Because Clark's notice of appeal is untimely and he may not pursue an out-of-time appeal, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/30/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*